UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTAN WAZIRI,<br><br>    Plaintiff,<br><br>v.<br><br>FARID WAZIRI,<br><br>    Defendant. | Case No.  15-cv-04822-JSC<br><br>**ORDER VACATING HEARING DATE**<br><br>Re: Dkt. No. 11 |

Pursuant to Civil Local Rule 7-1(b), the court finds that Defendant's Motion to Dismiss, which has been noticed for hearing on January 21, 2016, is appropriate for decision without oral argument.

Accordingly, the motion hearing and the case management conference are hereby VACATED.  The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: January 19, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge