UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SULTAN WAZIRI,

          Plaintiff,

  v.

FARID WAZIRI,

          Defendant.

Case No. 15-cv-04822-JSC

**ORDER DISMISSING ACTION**

Re: Dkt. No. 24

For the reasons stated in the Order of January 22, 2016 (Dkt. No. 24), this action is dismissed for lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: January 27, 2016

                                          JACQUELINE SCOTT CORLEY
                                          United States Magistrate Judge